# Court of Appeals
# of the State of Georgia

ATLANTA,  December 10, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0169.  BRIAN EVAN JACOBS v. THE STATE.**

A jury convicted Brian Evan Jacobs of DUI Per Se, and Jacobs was sentenced on October 20, 2014.  Jacobs filed a motion for new trial, which the trial court denied on March 11, 2015.  Jacobs subsequently filed a motion to vacate the trial court's order and to reconsider the motion for new trial, which was denied on July 20, 2015. He then filed his notice of appeal to this Court on July 31, 2015.  We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the order to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995).  No written order appears in the record that vacates the order of March 11 denying Jacob's motion for new trial.  Thus, Jacob's notice of appeal should have been filed within 30 days of the entry of the March 11 order.

A motion for reconsideration does not extend the time for filing a notice of appeal. *Cheeley-Towns v. Rapid Group*, 212 Ga. App. 183 (441 SE2d 452) (1994). Further, the denial of a motion for reconsideration is not in itself an appealable order. *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985). Here, Jacob filed his notice of appeal 142 days after the entry of the order denying his motion for new trial. Therefore, his untimely appeal is hereby DISMISSED for lack of jurisdiction.

As Jacobs is both represented by counsel and has not been afforded a direct appeal, he is hereby informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995).  This appeal has been dismissed because of your

counsel's failure to file a notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court enters an order granting your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing your conviction. If the trial court enters an order denying your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Jacobs as well as to Jacobs's attorney, who is also directed to send a copy to Jacobs.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __12/10/2015__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*